UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, *ex rel.*, : | |
| Deeptankar Demazumder, : | Case No. 1:23-cv-337 |
| : | |
| Plaintiff/Relator, : | District Judge Michael R. Barrett |
| : | |
| v. : | |
| : | |
| UNIVERSITY OF CINCINNATI : | |
| COLLEGE OF MEDICINE, et al., : | |
| : | |
| Defendants. : | |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) (*see* Doc. 15), it is hereby **ORDERED** as follows:

1. The Complaint (Doc. 1) shall be unsealed and served upon the defendants by the Relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline Intervention (Doc. 15), which the Relator will serve upon the defendants only after service of the Complaint (Doc. 1);

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 3l U.S.C.

§ 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should the Relator or the defendants propose that this action be dismissed, settled or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED.**

/s/ *Michael R. Barrett*
UNITED STATES DISTRICT JUDGE